# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### STATESVILLE DIVISION

| | | |
|---|---|---|
| THE CINCINNATI INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 5:12-cv-00041 |
| | ) | |
| v. | ) | |
| | ) | |
| FLORCON CORP., LOURENCO MARQUES, | ) | |
| CLAUDIA MARQUES, and | ) | |
| SLB HOLDING CO., INC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

---

## DEFAULT JUDGMENT

---

THIS MATTER came before Clerk upon Plaintiff The Cincinnati Insurance Company's Motion for Default Judgment against Defendants Florcon Corp., Lourenco Marques, Claudia Marques and SLB Holding Co., Inc. (collectively, the "Defendants"). It appears that said Motion is well taken and should be **GRANTED**, and default judgment is hereby entered against the Defendants, jointly and severally, in the amount of $222,770.43.

Signed: August 22, 2012

Frank G. Johns, Clerk
United States District Court

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 21, 2012, I send a copy of the foregoing via U.S. Mail to each of the following:

Florcon Corp.

c/o Lourenco Marques, Registered Agent

118 Sandreed Drive

Mooresville, North Carolina 28117


Lourenco Marques

118 Sandreed Drive

Mooresville, North Carolina 28117


Claudia Marques

Clark D. Tew, Esq.

Homesly & Wingo Law Group, PLLC

330 S. Main Street

118 Sandreed Drive

Mooresville, North Carolina 28117


SLB Holding Co., Inc.

c/o Lourenco Marques, Registered Agent

118 Sandreed Drive

Mooresville, North Carolina 28117

Mooresville, North Carolina 28115

/s/ Jeffrey S. Price